FILED
Clerk
District Court

MAY - 4 2007

for The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DINA TORRES GONZALES,<br><br>          Defendant. | Case No.: 07-00011<br><br>**INDICTMENT**<br><br>21 U.S.C. §§ 841(a)(1) and (b)(1)(C)<br><br>Distribution of a Controlled Substance<br>(Count 1) |

The Grand Jury charges that:

## COUNT 1
(Distribution of a Controlled Substance)

On or about February 28, 2007, within the District of the Northern Mariana Islands, Defendant DINA TORRES GONZALES knowingly and intentionally distributed a controlled substance, that is, a quantity of methamphetamine hydrochloride, in a form commonly known as "ice," in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(C).

DATED this 3rd day of May, 2007.          A TRUE BILL

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

_____
CRAIG N. MOORE
Assistant United States Attorney