1   LEONARDO M. RAPADAS
    United States Attorney
2   CRAIG N. MOORE
    Assistant United States Attorney
3   DISTRICT OF THE NORTHERN
        MARIANA ISLANDS
4   Horiguchi Building, Third Floor
    P.O. Box 500377
5   Saipan, MP 96950
    Telephone:  (670) 236-2982
6   Fax:        (670) 236-2985

7   Attorneys for United States of America

F I L E D
Clerk
District Court

MAY - 4 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN MARIANA ISLANDS

10  UNITED STATES OF AMERICA,        )   Criminal Case No.  0 7 - 0 0 0 1 1
                                     )
11              Plaintiff,           )        **ORDER**
                                     )
12          v.                       )
                                     )
13  DINA TORRES GONZALES,            )
                                     )
14                                   )
                Defendant.           )
15                                   )
                                     )
16  ————————————————————————————     )

17

18      Upon the application of the United States of America, it is hereby ORDERED that the Clerk

19  shall maintain this file under seal until further order of the Court.

20

21

22

23          ALEX R. MUNSON
            UNITED STATES DISTRICT JUDGE
24

25

26

27

28