# United States District Court

**FILED**
Clerk

_____ DISTRICT OF _____ the Northern Mariana Islands District Court

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　V.<br><br>**DINA TORRES GONZALES,**<br><br>　　　　　Defendant. | MAY - 8 2007<br><br>For the Northern Mariana Islands<br>By_____<br>　　　　(Deputy Clerk)<br><br>**WARRANT FOR ARREST**<br><br>CASE NUMBER: **CR 07 - 00011**<br><br>**ORIGINAL** |

To: The United States Marshal
　and any Authorized United States Officer

　　YOU ARE HEREBY COMMANDED to arrest **DINA TORRES GONZALES**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment　☐ Information　☐ Complaint　☐ Order of court　☐ Violation Notice　☐ Probation Violation Petition

charging him with (brief description of offense)

**Distribution of a Controlled Substance (Count 1)**

**RECEIVED**
MAY 0 4 2007
US MARSHAL SERVICE-CNMI

in violation of Title **21** United States Code, Section(s) **841(a)(1) and (b)(1)(C)**

and in violation of Title ____ United States Code, Section (s) _____

| | |
|---|---|
| **HONORABLE ALEX R. MUNSON**<br>Name of Issuing Officer<br><br>_/s/ Alex R. Munson_<br>Signature of Issuing officer<br><br>Bail fixed at $ **NO BAIL** | **CHIEF JUDGE, DISTRICT COURT OF THE NMI**<br>Title of Issuing Officer<br><br>**5-4-07**　　　　　**SAIPAN, CNMI**<br>Date and Location<br><br>by _/s/ Alex R. Munson_<br>　　Name of Judicial Officer |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
Traffic Stop Chalan Pale Arnold Rd

| DATE RECEIVED<br>04 MAY 07 | NAME AND TITLE OF ARRESTING OFFICER<br>W. M. Cabrera<br>C/DUSM #308C | SIGNATURE OF ARRESTING OFFICER<br>_/s/_ #308C<br>C/DUSM<br>D/NMI |
|---|---|---|
| DATE OF ARREST<br>05 MAY 07 | | |