MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CR-07-00007                                                             May 9, 2007
CR-07-00011                                                             9:30 a.m.

**UNITED STATES OF AMERICA  -V- DINA TORRES " GONZALES"**

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE  PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           CRAIG MOORE, ASSISTANT U.S. ATTORNEY
           DINA T ORRES GONZALES, DEFENDANT

PROCEEDINGS:   INITIAL APPEARANCE

Defendant appeared without counsel. Government was represented by Craig Moore, AUSA.

Government moved to unseal this case. Court so ordered.

Defendant stated that her name is now DINA TORRES. Court so acknowledged.

Defendant was examined as to her understanding of her constitutional rights, her right to trial and her understanding of the proceedings.

Defendant was advised that if she did qualify for a Court Appointed counsel that one would be appointed for her. Defendant stated she wanted a court appointed counsel. Court, after review of the defendant's financial affidavit, found that the defendant did qualify and ordered that an attorney be appointed for her.

Court set the arraignment hearing for 8:00 a.m. tomorrow morning.

Court remanded the defendant back into the custody of the U.S. Marshal until further order of the Court.

                                        Adjourned at 9:40 a.m.


                                        /s/K. Lynn Lemieux, Courtroom Deputy