# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-07-00007-002                                            June 14, 2007
CR-07-00011                                                10:35 a.m.

### UNITED STATES OF AMERICA  -vs- DINA TORRES GONZALES

PRESENT:    HON. ALEX R. MUNSON, JUDGE PRESIDING
            K. LYNN LEMIEUX, COURT ROOM DEPUTY
            SANAE N. SHMULL, COURT REPORTER
            CRAIG MOORE, ASSISTANT U.S. ATTORNEY
            DANILO AGUILAR, ATTORNEY FOR DEFENDANT
            DINA TORRES GONZALES, DEFENDANT

PROCEEDINGS: **CHANGE OF PLEA**

Defendant appeared with counsel, Attorney Danilo Aguilar. Government was represented by Craig Moore, AUSA. Margarita Wonenberg, U.S. Probation Officer was also present.

Defense stated that the defendant would be entering a Guilty Plea to two separate cases; **CR-07-0007-002 and CR-07-00011.**

Defendant was sworn and examined as to her understanding of her constitutional rights, her right to trial and her understanding of the proceedings in the courtroom today.

Court inquired whether the defendant was prepared to enter pleas of guilty in both cases and whether she was prepared to waive any rights to have two separate hearings on this matter. Defendant answered that she waived having two separate hearings.

Court reviewed the Plea Agreement with the Defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant entered a plea of **GUILTY** to Count 1 in **CR-07-00007** and **GUILTY** to Count 1 in **CR-07-00011.** Court found that the defendant was fully competent to enter knowing and voluntary pleas. Court accepted the pleas of guilty in both cases.

Court ordered a Presentence Investigation Report be submitted by August 14, 2007 and that the **Sentencing hearing be set for Tuesday, September 18, 2007 at 9:30 a.m.**

Defense requested that the defendant be allowed to self-surrender herself at 3:30 p.m. to the U.S. Marshal. Court so ordered.

Adjourned at 11:15 a.m.

/s/ K. Lynn Lemieux, Courtroom Deputy